16897.   HARDMAN *v.* McCASKEY REGISTER Co.

BROYLES, C. J. The evidence demanded a finding for the defendant, and the court did not err in directing a verdict in favor of that party.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 12, 1926.

Action for damages; from Madison superior court—Judge W. L. Hodges. September 12, 1925.

*Erwin, Erwin & Nix, R. Howard Gordon,* for plaintiff.

*Berry T. Moseley,* for defendant.